ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
MARC A. WALLENSTEIN #10456
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:    ken.sorenson@usdoj.gov
           marc.wallenstein@usdoj.gov

TARYN M. MEEKS
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 17-00767 KJM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MEMORANDUM IN |
| | ) | SUPPORT OF MOTION TO DETAIN |
| vs. | ) | WITHOUT BAIL; DECLARATION OF |
| | ) | COUNSEL; EXHIBITS "A" – "F"; |
| IKAIKA ERIK KANG, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF
<u>MOTION TO DETAIN WITHOUT BAIL</u>

The United States hereby files its Memorandum in Support to its Motion to Detain Defendant Without Bail, pursuant to 18 U.S.C. § 3142.

   I.   <u>No Conditions or Combination of Conditions Can Assure the Safety of the Community in the Event of Kang's Release on Pre-Trial Conditions</u>.

Defendant Ikaika Kang (Kang) is charged with a violation of 18 U.S.C. § 2339B for the attempted providing of material support to a foreign terrorist organization.  Title 18 U.S.C. § 3142(e)(3) establishes a presumption in favor of detention for violations of Section 2339B.[1]  In order to detain Kang the Court must find clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community.  *See* 18 U.S.C. § 3142(f)(2)(B).

The criminal complaint illustrates Kang's zealous support of the world's most violent terrorist group, the Islamic State (ISIS).  Islamic State is renowned for conducting and orchestrating the brutal murders of thousands of innocent civilians and other persons throughout the Middle East, the Far East, Asia, Europe and the United States.   Islamic State utilizes live beheadings, mass shootings, the use of explosives

---

[1] 18 U.S.C. § 2339B is a listed offense in Section 2332(g)(5)(B) and carries a maximum term of imprisonment of 20 years.

and other means to kill their victims and promote their terror agenda. The investigation in this case has revealed that Kang spends exhaustive hours watching video depictions of ISIS members killing innocent persons in the most heinous of manners. Kang has frequently and readily advocated support for ISIS and ultimately provided training, clothing, equipment, materials and both classified and unclassified but sensitive military information to persons that he believed to be members of the Islamic State for the purpose of promoting their cause.

During the investigation of Kang he was recorded making statements concerning his support for ISIS and troubling statements concerning his support of their violent practices. The events of the previous weekend, detailed in the criminal complaint, bare stark witness to the overwhelming danger a release of Kang would present.

On July 7, 2017, after a substantial period of time earning Kang's trust in an undercover operation, Kang was introduced by an FBI undercover agent, acting as a representative as the Islamic State, to a confidential source (CHS) playing the role of an Islamic State member. This introduction occurred at a private residence in Honolulu used by the undercover operatives as a staging location for meeting with Kang. During discussions with the CHS at the residence, Kang agreed in recorded statements to provide personal combat training to the CHS in

3

video format so the CHS could return to the Middle East and instruct ISIS combatants.  Kang also brought an assault rifle, a Smith and Wesson .40 caliber MP pistol and a knife to assist him in rendering training to his wee.  Kang stated that he disagreed with media portrayals of lone wolf attacks by ISIS like killing someone in a nightclub.  When asked what Kang thought about such attacks, Kang said "I think it's beautiful, to be honest.  Kang then offered various forms of instruction, including basic weapons techniques, M-16 rifle and pistol training, along with judo, clinches, ground submission, breaking bones and choke-holds instruction.  In addition Kang offered to use his training as an air traffic controller to make a system for the Islamic State to use in correcting artillery or indirect fire strikes utilizing Unmanned Aerial Systems (UAS) or drones.  When told by an FBI undercover that they did not want to push him into anything, Kang replied that the training for ISIS was something he wanted to do.

While with the undercover agents Kang showed them hours of graphic videos depicting ISIS training camps and beheadings. Kang possessed at this time a 1 TB hard drive with a large number of violent ISIS videos from which he played the videos for the undercover agents.  After Kang spoke at length about various terrorist groups, leaders and their histories, including Abu Bakr al-Baghdadi, and Abu Musab al-Zarqawi, he was asked by

undercover agents who he was with, America or Islamic State. Kang stated that he was with Islamic State.   Kang then stated that if he had only one bullet, and was faced with the choice of killing an American soldier or a member of the Islamic State, he would shoot the U.S. soldier.

The next day, on July 8, 2017, Kang purchased a $1,000 drone for purposes of assisting ISIS combat U.S. military tanks. Kang stated to the undercover agents that U.S. tank crews are highly trained and difficult to defeat.   Kang advised that a drone would allow ISIS to view the battlefield from above to find tank positions and avenues for escape.

Later on July 8, 2017, Kang swore an oath of allegiance to ISIS in front of the ISIS flag.   As a part of his oath of allegiance to ISIS, known as *bayat*, Kang stated that he "decided to swear allegiance to the emir of the faithful Abu Kakr al-Baghdadi."   Al-Baghdadi, as this Court is aware, is the leader of the Islamic State.   Kang then held that Islamic State flag up and subsequently kissed it to demonstrate his allegiance and posed in front of the flag.   (See Exhibits A & B)   Kang then temporarily left the residence where he was meeting with agents to place the flag in his personal vehicle.   Upon returning from his vehicle Kang told the FBI undercover operatives, who he believed were affiliated with Islamic State, that he now wanted to take his rifle and magazine *and go kill a bunch of people*.

The undercover agents quickly prevailed upon him not to do that because they still had to exit the country to get the drone back to be used by ISIS.

Following Kang's oath of allegiance to ISIS, Kang began making the personal combat instructional training video that he intended the CHS would bring with him to the Islamic State. (See Exhibits C, D, E and F) During the active portions of these training sessions both the CHS and Kang wore masks.  Kang, an experienced instructor of personal combat arts, conducted an intense, technically advanced and well planned training session using the CHS for demonstrative purposes.  Kang used his pistol and a knife in his vest, as well as his rifle, as training aids demonstrating various thrusting and shooting motions for the camera.

Following the making and review of the training video the determination was made to arrest, Kang immediately to remove the possibility that he would act on his impulse to kill people in the name of Islamic State.

Based on the above, and the many other facts in the criminal complaint demonstrating Kang's commitment to ISIS and the danger he presents, there are no conditions or combination of conditions that will "reasonably assure the appearance" of Kang or "the safety of the community."  Kang has repeatedly advocated for and supported the killing of innocent civilians

6

and has stated his wish to personally go kill a bunch of people. His pledge of allegiance to the world's most violent terrorist group, known to routinely and brutally murder thousands of people around the world, is stark evidence of the danger he presents. Kang, unlike many other similarly situated defendants, has substantial U.S. military weapons training and possesses the ready ability, when coupled with his personal combat skills, to carry out an attack on persons utilizing any number of means. Kang's military training, weapons abilities and personal combat skills coupled with his strong stated desire to kill people in the name of Islamic State makes him one of the more dangerous criminal defendants to have been charged in this judicial district.  Kang must be detained pending further proceedings in order to assure the safety of the community.

II.   Kang Presents a Substantial Risk of Flight.

Kang has sworn an oath to a foreign terrorist organization dedicated to the overthrow of western civilization.  It is unlikely that any condition or combination of conditions would assure his appearance at further court proceedings.  Kang has provided U.S. classified material, which he intended to be given to ISIS, along with training sessions and a drone for combating U.S. troops.  The weight of the evidence is overwhelming since it occurred in the presence of federal agents and was recorded. Given the weight of the evidence and Kang's allegiance to the

terrorist organization Islamic State, Kang is highly unlikely to honor or observe this Court's orders and voluntarily appear at further proceedings.   For this reason the Court must find, on the preponderance of the evidence standard, that Kang be detained as a serious flight risk as well.

DATED: July 13, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   MARC A. WALLENSTEIN
   Assistant U.S. Attorneys

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

<u>Served by CM/ECF:</u>

BIRNEY B. BERVAR, ESQ.          bbb@bervar-jones.com
1100 Alakea Street
Alii Place, 20th Floor
Honolulu, HI 96813

Attorney for Defendant
IKAIKA ERIK KANG

DATED: Honolulu, Hawaii, July 13, 2017.


                                /s/ Anika Ramos
                                U.S. Attorney's Office
                                District of Hawaii