IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 17-00767 KJM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| IKAIKA ERIK KANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

I, KENNETH M. SORENSON, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.    I am the Assistant United States Attorney assigned to the above-captioned case.

2.    The facts as stated in the GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION TO DETAIN DEFENDANT WITHOUT BAIL are true to the best of my knowledge and belief.

DATED:  July 13, 2017, at Honolulu, Hawaii.

/s/ Kenneth M. Sorenson
KENNETH M. SORENSON