# EXHIBIT A



Time: 2:21 (KANG kissing the Islamic State Flag and putting it up to his forehead)



EXHIBIT "A"