# EXHIBIT B

Time: 2:43 (KANG holding the Islamic State Flag after pledging allegiance to the Islamic State)



EXHIBIT "B"