# EXHIBIT C



Time: 0:40 (KANG is on the left teaching the ISIS fighter (right) combatives)

EXHIBIT "C"