# EXHIBIT D

Time: 2:41 (KANG is on the left with his rifle teaching the ISIS fighter (right) weapons tactics)



EXHIBIT "D"