# EXHIBIT E

████████████

████

████████ Time: 5:37 (KANG is on the left with his rifle teaching the ISIS fighter (right) weapons tactics)



EXHIBIT "E"