# EXHIBIT F

Time: 2:01 (KANG is shown without his mask teaching the ISIS fighter)



EXHIBIT "F"