# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**Request for Media Blogging**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2017

at 11 o'clock and 21 min A M.
SUE BEITIA, CLERK

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA v. Ikaika Kang**   Case No. **17-00767**

Presiding District or Magistrate Judge: **Mansfield**

Media Outlet: **The Associated Press**

Representative(s): **Jennifer Kelleher, Audrey McAvoy, Caleb Jones, Cathy Bussewitz**

Email Address To Send Completed Request Form: jkelleher@ap.org  aphonolulu@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 7/13/17-ongoing | 2:30 p.m. | Detention hearing and all |
| | various | subsequent proceedings |
| | | in open court |

DATED: **7/13/17**   SIGNATURE: _[signature]_

PRINTED NAME: **Jennifer Kelleher**

---

IT IS SO ORDERED.

☒ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: **JUL 13 2017**   _[signature]_