PETER C. WOLFF, JR.  #2332
Federal Public Defender
ALEXANDER SILVERT
First Assistant Federal Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     peter_wolff@fd.org
            alexander_silvert@fd.org

Counsel for Defendant
IKAIKA ERIK KANG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00446-SOM |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| IKAIKA ERIK KANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Peter C. Wolff, Jr., Federal Public Defender, and Alexander

Silvert, First Assistant Federal Defender, and hereby enter their appearance as

co-counsel for Defendant Ikaika Erik Kang in all proceedings hereafter to the extent

this case remains in the federal court.

DATED:   Honolulu, Hawaii, February 27, 2018.

 /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Counsel for Defendant
IKAIKA ERIK KANG


 /s/ Alexander Silvert
ALEXANDER SILVERT
Counsel for Defendant
IKAIKA ERIK KANG

*United States v. Ikaika Erik Kang*, Case No. 1:17-cr-00446-SOM
United States District Court, District of Hawaii
Notice of Appearance of Counsel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the method of service

noted below, a true and correct copy of the foregoing was served on the following at

their last known addresses on February 27, 2018:

Served Electronically through CM/ECF:

KENNETH M. SORENSON          ken.sorenson@usdoj.gov
MARC A. WALLENSTEIN          marc.wallenstein@usdoj.gov
Assistant United States Attorneys
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

BIRNEY B. BERVAR, ESQ.          bbb@bervar-jones.com
        Counsel for Defendant
        IKAIKA ERIK KANG

DATED:   Honolulu, Hawaii, February 27, 2018.


 /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Counsel for Defendant
IKAIKA ERIK KANG


 /s/ Alexander Silvert
ALEXANDER SILVERT
Counsel for Defendant
IKAIKA ERIK KANG