PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:  peter_wolff@fd.org
         alexander_silvert@fd.org

Attorneys for Defendant
IKAIKA ERIK KANG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 17-00446 SOM-KJM |
| | ) | |
| Plaintiff, | ) | Defendant Ikaika Erik Kang's |
| | ) | Sentencing Statement in Response to |
| vs. | ) | the Draft Presentence Report |
| | ) | |
| IKAIKA ERIK KANG, | ) | Certificate of Service |
| | ) | |
| Defendant. | ) | Sentencing Date:  12/10/2018 |
| | ) | Time:                 1:30 p.m. |

**Defendant Ikaika Erik Kang's
Sentencing Statement in Response to the Draft Presentence Report**

Defendant, IKAIKA ERIK KANG, by and through counsel, Alexander Silvert, First Assistant Federal Defender, respectfully states that he has no objections to the proposed advisory guidelines to the Draft Presentence Investigation Report.

Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED:   Honolulu, Hawaii, November 6, 2018.

      /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
IKAIKA ERIK KANG

*United States v. Ikaika Erik Kang*, Cr. No. 17-00446 SOM-KJM
District of Hawaii
Defendant Ikaika Erik Kang's Sentencing Statement in Response to the Draft Presentence Report

## Certificate of Service

I, ALEXANDER SILVERT, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

    MARC A. WALLENSTEIN        marc.wallenstein@usdoj.gov
    Assistant United States Attorney
        and
    TARYN M. MEEKS        taryn.meeks@usdoj.gov
    Trial Attorney
    U.S. Department of Justice
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

Served by hand-delivery:

    DARSIE J.T. ING-DODSON
    United States Probation Officer
    300 Ala Moana Boulevard, Room 2300
    Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, November 6, 2018.

                                  /s/ Alexander Silvert
                                ALEXANDER SILVERT
                                Attorney for Defendant
                                IKAIKA ERIK KANG